# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

SHONDA G. JOSHUA AND MONIQUE
SPAULDING

VERSUS

OLD REPUBLIC INSURANCE
COMPANY, COASTAL FIRE
PROTECTION, LLC AND HUGH
FERREL FOOSHEE

NO. 2026 CW 0586

JULY 13, 2026

---

In Re:     Old Republic Insurance Company, Coastal Fire Protection, LLC, Travelers Casualty Insurance Company, and Hugh Ferrel Fooshee, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 739448.

---

BEFORE:   THERIOT, LANIER, AND MILLER, JJ.

**WRIT DENIED.**

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT